Benjamin Taishoff and Others v. Annie V. Elkema and Others.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Albert B. Gross and Others v. Edward Friedman, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

In the Matter of Blanche B. Robinson, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Detroit Cadillac Motor Car Company v. Frank Fogarty.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Alcan Moss v. Bernard Granville.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Proscilla Chrzanowska v. Corn Exchange Bank.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

John C. Prendergast and Others v. Cord-Meyer Company.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Sophie H. E. Levy, as Executrix, v. Commercial Trust Company.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Sara Jakobson v. Julia C. Lawrence.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Robert Graves v. Philip B. Gaynor.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Frank E. Smith & Son, Inc., v. W. Gill Wylie.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Isaac Abramowitz and Others v. Southwestern Surety Insurance Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Kathleen Clifford v. Mitchell Motor Car Company of New York.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Theodore W. Stemmler v. Edward . G. Alsdorf and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Bridget Lynch, as Administratrix, etc., v. The Board of Education of the City of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.